IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

CYNTHIA L. STONE,
    Plaintiff,

vs.                                          Case No.: 3:05cv196/LAC/EMT

UNITED STATES DEPARTMENT OF
JUSTICE, et al.,
    Defendants.

_____/

## O R D E R

    Plaintiff was permitted to proceed in forma pauperis in this civil rights action in this district court (Doc. 6). The action was dismissed, pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) for Plaintiff's failure to state an actionable claim (Docs. 7, 9). Plaintiff filed a notice of appeal (Doc. 11) and now seeks leave to proceed in forma pauperis on appeal (Doc. 12).

    Pursuant to 28 U.S.C. § 1915(a)(3) and Fed.R.App.P. 24(a), this court hereby certifies that this appeal is not taken in good faith, and Plaintiff is not entitled to proceed in forma pauperis on appeal. The reasons for this court's decision are outlined in the Magistrate Judge's Report and Recommendation dated January 9, 2006 (Doc. 7) and this court's order dated January 30, 2006 (Doc. 9) which adopted and incorporated that recommendation.

    Accordingly, it is **ORDERED**:

    Plaintiff's motion for leave to proceed in forma pauperis on appeal (Doc. 12) is **DENIED**, and she is directed to pay the full appellate filing fee of $255.00 within **THIRTY (30) DAYS** from the date of docketing of this order.

    **DONE AND ORDERED** this 24th day of March, 2006.

                                                    s/*L.A. Collier*
                                                    **LACEY A. COLLIER**
                                                    **SENIOR UNITED STATES DISTRICT JUDGE**